# Court of Appeals
# of the State of Georgia

ATLANTA, __June 22, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A0384. GANDARILLO v. THE STATE.**

Because the appellant has not appealed the trial court's finding of a violation of probation on a ground that is independent of the legal issue raised in this appeal, we hereby dismiss the appeal on the ground that the application was improvidently granted. See *Banks v. State*, 275 Ga. App. 326, 327 n. 2 (620 SE2d 581) (2005); *Barnett v. State*, 194 Ga. App. 892, 893 (392 SE2d 322) (1990); *Simmons v. State*, 156 Ga. App. 336, 337 (1) (274 SE2d 726) (1980).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __06/22/2012__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 *, Clerk.*